**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, GERARD VAGT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORBIN F. MORENO,<br><br>　　　　　Defendant. | CASE NO. 6:17-po-00856-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 23, 2018; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, CORBIN F. MORENO, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for December 5, 2017, at 10:00 a.m. be continued until January 23, 2018, at 10:00 a.m.

Mr. Corbin lives and works full-time in Southern California. He has the ability to take time off from work after the holidays and to travel with another to Yosemite in January.

Dated: November 30, 2017 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
CORBIN F. MORENO

Dated: November 30, 2017 /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

ORDER

The Court accepts and adopts the above Stipulation in CASE NO. 6:17-po-00856-MJS and continues the December 5, 2017, Initial Appearance for CORBIN F. MORENO to 10:00 a.m January 23, 2018.

IT IS SO ORDERED.

Dated: November 30, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE FOR VIOLATION OF
PROBATION TO JANUARY 23, 2018

2